No. 83–558. IRVING INDEPENDENT SCHOOL DISTRICT *v.* TATRO ET UX., INDIVIDUALLY, AND AS NEXT FRIENDS OF TATRO, A MINOR. C. A. 5th Cir. [Certiorari granted, 464 U. S. 1007.] Motions of New York State Commission on the Quality of Care for the Mentally Disabled, Protection and Advocacy System; Association for Persons With Severe Handicaps et al.; and New Jersey Department of the Public Advocate for leave to file briefs as *amici curiae* granted.

No. 83–710. BERKEMER, SHERIFF OF FRANKLIN COUNTY, OHIO *v.* MCCARTY. C. A. 6th Cir. [Certiorari granted, 464 U. S. 1038.] Motion of respondent for divided argument denied.

No. 83–751. SECURITIES AND EXCHANGE COMMISSION ET AL. *v.* JERRY T. O'BRIEN, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 464 U. S. 1038.] Motion of respondents for divided argument denied.

No. 83–1096. GOMEZ-HERMANOS, INC. *v.* SECRETARY OF THE TREASURY OF PUERTO RICO. Appeal from Sup. Ct. P. R. The Solicitor General is invited to file a brief in this case expressing the views of the United States.